*General McGrath, Sewall Key, Helen R. Carloss* and *Elizabeth B. Davis* for the United States.

No. 1007. JORDAN *v.* FEDERAL FARM MORTGAGE CORPORATION ET AL. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *G. P. North* for petitioner. *Edgar M. Morsman, Jr.* for respondents.

No. 1049. TEXAS *v.* BALLI ET AL.;
No. 1050. CRANDALL *v.* BALLI ET AL.; and
No. 1051. HUGHES ET AL. *v.* BALLI ET AL. May 27, 1946. Petitions for writs of certiorari to the Supreme Court of Texas denied. *Grover Sellers,* Attorney General of Texas, *Wm. J. Fanning,* Assistant Attorney General, and *Fagan Dickson* for petitioner in No. 1049. *W. C. Franklin* for petitioner in No. 1050. *Ben D. Clower* for petitioners in No. 1051. *Gilbert Kerlin* for respondents.

No. 1068. EASTMAN *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Louis B. Sher* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1069. GREAT LAKES DREDGE & DOCK CO. *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Court of Claims denied. *William S. Hammers* for petitioner. *Solicitor General McGrath, Assistant Attor-*